UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW

UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music – MGB NA LLC,

    Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang Energy; and Jack Owoc, an individual,

    Defendants.

_____

## ORDER DENYING MOTIONS TO EXTEND DEADLINES

THIS CAUSE is before the Court upon Defendants' Motion for Continuance of Trial Date and to Extend Pretrial Deadlines [DE 44] and Plaintiffs' Motion to Continue Trial and Pretrial Deadline [DE 45] (collectively, the "Motions"), both filed herein on April 13, 2022. The Court has carefully considered the Motions [DE's 44, 45] and is otherwise fully advised in the premises.

The Court does not normally extend deadlines once set in a scheduling order, and the Court has already extended the deadlines in this case. *See* [DE 39]. The Court does not find good cause to grant an additional extension of the deadlines. *See Fisher v. SP One*, Ltd., No. 13–11307, 2014 WL 1015951, at *4 (11th Cir. 2014) ("The schedule set forth by the court may only be modified for good cause and with the court's consent. To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." (internal citation omitted)).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motions [DE's 44, 45] are hereby **DENIED**; and

2. Counsel may agree among themselves to conduct discovery beyond the discovery deadline but should not expect the Court to resolve any disputes that arise after the Court's established deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of April, 2022.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record