UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW

UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music – MGB NA LLC,

     Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang Energy; and Jack Owoc, an individual,

     Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION TO LODGE ELECTRONIC EXHIBIT WITH THE CLERK AND PROVIDE COURTESY COPY TO THE COURT**

     Defendants, by and through their undersigned counsel, hereby move the Court for leave to lodge an electronic exhibit with the Court and to provide a courtesy copy to the Court and state:

     1.    Defendants intend to move for summary judgment.

     2.    In support of that motion, Defendants rely on a TikTok video created with the assistance of TikTok, which video is attached as Exhibit A to the declaration of Meg Owoc in support of the motion for summary judgment. Because that exhibit is a video, it cannot be filed electronically on CM/ECF.

     3.    Accordingly, Defendants seek to conventionally lodge that electronic exhibit with the Clerk, as well as to provide a courtesy copy of that exhibit to the Court.

**WHEREFORE**, Defendants respectfully request entry of an order granting them leave to lodge the above-referenced electronic exhibit with the Clerk and to provide a courtesy copy of that exhibit to the Court.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I met and conferred with counsel for Plaintiffs regarding the relief sought herein, and that Plaintiffs do not oppose this Motion.

Respectfully submitted on April 29, 2022,

*s/ Andrew R. Schindler*
FBN 124845
*aschindler@grsm.com*
**GORDON REES SCULLY MANSUKHANI LLP**
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Tel: (305) 428-5330

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW**

UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music – MGB NA LLC,

    Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang Energy; and Jack Owoc, an individual,

    Defendants.

_____

**DEFENDANTS'** ***UNOPPOSED*** **MOTION TO LODGE ELECTRONIC EXHIBITS WITH THE CLERK AND PROVIDE COURTESY COPIES TO THE COURT**

    Defendants, by and through their undersigned counsel, hereby move the Court for leave to lodge two electronic exhibits with the Court and to provide courtesy copies to the Court and state:

    4.    Defendants intend to move for summary judgment.

    5.    In support of that Motion, Defendants cite to a TikTok video posted by Defendants that allegedly contains Plaintiffs' protected works. This video is Exhibit A to the Declaration of Jack Owoc in support of Defendants' Motion for Summary Judgment. Because that electronic exhibit is a video, it cannot be uploaded via CM/ECF.

3

6. Accordingly, Defendants seek leave to lodge that video with the Clerk, as well as to provide a courtesy copy of that exhibit to the Court.

7. Defendants will provide copies of the same electronic exhibits to Plaintiffs.

**WHEREFORE**, Defendants respectfully request entry of an order granting them leave to lodge the above-referenced electronic exhibit with the Clerk and to provide courtesy copies of those exhibits to the Court.

### LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I met and conferred with counsel for Plaintiffs regarding the relief sought herein, and that Plaintiffs do not oppose this Motion.

Respectfully submitted on April 29, 2022,

*s/ Andrew R. Schindler*
FBN 124845
*aschindler@grsm.com*
**GORDON REES SCULLY MANSUKHANI LLP**
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Tel: (305) 428-5330