UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW

UMG Recordings, Inc.; Capitol Records,
LLC; Universal Music Corp.; Universal
Music – Z Tunes LLC; Universal Musica,
Inc.; PolyGram Publishing, Inc.; Songs of
Universal, Inc.; and Universal Music – MGB
NA LLC,

    Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang
Energy; and Jack Owoc, an individual,

    Defendants.

_____

## ORDER ON DEFENDANTS' UNOPPOSED MOTION TO CONVENTIONALLY FILE VIDEO EXHIBIT

THIS CAUSE is before the Court upon Defendants' Unopposed Motion to Lodge Electronic Exhibit with the Clerk and Provide Courtesy Copy to the Court, filed April 29, 2022. [DE 66]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion [DE 66] is **GRANTED**;

2. Defendants may conventionally file the TikTok video attached as Exhibit A to the declaration of Meg Owoc [DE 62-2] in support of the motion for summary judgment with the Clerk's Office.

3. Defendants shall also deliver a copy of the video footage to Chambers on USB.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of May, 2022.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record