# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:21-cv-60914-WPD

UMG Recordings, Inc.; Capitol Records, LLC;
Universal Music Corp.; Universal Music – Z
Tunes LLC; Universal Musica, Inc.; PolyGram
Publishing, Inc.; Songs of Universal, Inc.; and
Universal Music - MGB NA LLC,

FILED BY_____D.C.

MAY 2 6 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Plaintiffs,

    v.

Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy;
and Jack Owoc, an individual,

Defendants.

_____/

## PLAINTIFFS' NOTICE OF CONVENTIONAL FILING
## TWO (2) USB'S ENCLOSING THE VIDEO CITED IN DEFENDANTS' REPLY TO
## PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS [D.E. 113-4]

Pursuant to this Court's Order (D.E. 122), Plaintiffs hereby files this notice of conventional filing of the two (2) USB's delivered to the Clerk of Courts and Chambers containing the video which Defendants cite in ¶7 of their Reply to Plaintiffs' Statement of Additional Facts [D.E. 113-4].

Dated:  May 26, 2022

Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Boulevard, Suite 8
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile:  (786) 582-3004

_s/ James G. Sammataro_
James G. Sammataro
Florida Bar No. 520292
Brendan S. Everman
Florida Bar No. 68702
jsammataro@pryorcashman.com
beverman@pryorcashman.com
ksuarez@pryorcashman.com

_Attorneys for Plaintiffs_

**United States District Court**
**Southern District of Florida**

Case Number: __21 CV 60914 – WPD__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the
Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

✓ • CD, DVD, USB drive (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF
Case Record in pdf format.

Date: __5/26/22__

Revised: 2/20/2019

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __21 CV 60914__

### CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below.

☐ Document(s) were filed conventionally that should have been filed electronically (see CM/ECF Administrative Procedures).

☑ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (See CM/ECF Administrative Procedures).

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3.

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b). Please submit the required fee.

☐ Case was not filed with required filing fee of $_____ (civil cases:$400.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

☐ Pursuant to Administrative Order 2014-86, parties applying for a writ of garnishment should no longer pay $100 into the Court registry and instead make that payment to the garnishee upon demand under amended section 77.28, Florida Statutes. The $100 payment is being returned via U.S. Mail.

Date: __5/26/2022__

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk