UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW

UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music – MGB NA LLC,

    Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang Energy; and Jack Owoc, an individual,

    Defendants.

_____

## **ORDER APPROVING REPORT OF MAGISTRATE JUDGE**

    THIS CAUSE is before the Court upon the Section I of Defendants' Reply in Support of Motion for Summary Judgment, whereby Defendants assert that "The Court Should Not Consider Any Purported Evidence Arising from Plaintiffs' Violation of Rules 26 and 37 of the Federal Rules of Civil Procedure," (the "Motion"), *see* [DE 112] at pp. 1–2, and the Report and Recommendation entered by Magistrate Judge Hunt on June 27, 2022 (the "Report") [DE 171]. The Court has conducted a *de novo* review of Defendants' Motion, the Report, Defendants' Objections [DE 180], and is otherwise fully advised in the premises.

    A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc*., 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be

1

sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; *see also* 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Defendants' objections. The objections fail to demonstrate any error in the analysis and conclusions of Judge Hunt's Report, with which this Court agrees. The Court denies the relief requested in Section I of Defendants' Reply in Support of Motion for Summary Judgment, *see* [DE 112] at pp. 1–2. In analyzing the parties' summary judgment motions, the Court shall consider the evidence submitted by Plaintiffs regarding evidence of Plaintiffs' ownership of the copyrights at issue and evidence of the copyrighted works themselves.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 171] is hereby **APPROVED**;

2. Defendants' Objection [DE 180] are hereby **OVERRULED**;

3. Section I of Defendants' Reply in Support of Motion for Summary Judgment, whereby Defendants assert that "The Court Should Not Consider Any Purported Evidence Arising from Plaintiffs' Violation of Rules 26 and 37 of the Federal Rules of Civil Procedure," *see* [DE 112] at pp. 1–2, is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record