UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1-21-cv-60914- WPD/Hunt

UMG Recordings, Inc; Capital Records, LLC:
Universal Music Corp.: Universal Music - Z
Tunes, LLC; Universal Musica, Inc.; PolyGram
Publishing, Inc.; Song of Universal, Inc.; and
Universal Music - MGB NA LLC,

       Plaintiffs,

v.

Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy;
and Jack Owoc, an individual,

       Defendants.

_____

## DEFENDANTS' MOTION TO COMPEL DEPOSITION

  Defendants move to compel Plaintiffs UMG Recordings, Inc., et. al. to produce for deposition their two experts which have been disclosed in this matter.  Those experts are Valerie Folkes and John Plumpe.  Both Plaintiffs and Defendants disclosed experts in this case in May and June of 2022.  The Court's pre-trial deadlines listed the discovery cutoff of April 15, 2022.  This is prior to the disclosure of any experts.  The Plaintiffs asked for the Defendants to produce Peter Kent for a deposition.  The Defendants obliged and produced Mr. Kent for deposition on June 22, 2022.  The Defendants in turn asked the Plaintiffs to produce their experts for deposition.  Plaintiffs initially indicated that they would.  The Plaintiffs proposed dates of June 23, 2022 and July 1, 2022 for the deposition of Valerie Folkes.  The Defendants indicated that they would take Ms. Folkes' deposition on July 1, 2022.

  The Plaintiffs in the companion case, *Sony vs. Vital Pharmaceuticals* (which involves the same Plaintiffs' counsel, same defense counsel and same Court) desired to take the deposition of

QB\74937724.1

Meg Liz Owoc Chief Marketing Officer of Defendant Vital Pharmaceuticals on July 1, 2022. As an accommodation and at Plaintiffs' request, Defendants agreed to postpone Ms. Folkes' proposed deposition until a later date. The Defendants' proposed arranged dates to the Plaintiffs. Plaintiffs indicated that they would respond with available dates. After the Plaintiffs did not respond with those dates, Defendants followed up. On July 12, 2022, Plaintiffs for the first time indicated that they were refusing to produce their experts for deposition contending that the pre-trial scheduling order included no deadline for expert depositions and that it interpreted the *Daubert* motion filing deadline of July 1, 2022 to be a deadline for the taking of expert depositions. After the Plaintiffs made clear that they would not voluntarily produce their experts for depositions, Defendants sent Plaintiffs' counsel a letter attaching Notices of Deposition for August 2 and 3, 2022, and indicating that Defendants are "amenable to hold the deposition of these witnesses on different dates more convenient to you."

Candidly, the Court advised counsel to work cooperatively with respect to discovery matters. Defendants believe that as it relates to the matters at issue here the Defendants have worked very cooperatively with the Plaintiffs with respect to the scheduling of these matters. Regretfully we believe that that cooperation has not been returned. Rather, we believe that the Plaintiffs have used the Defendants' cooperativeness in an attempt to gain an advantage. Accordingly, Defendants move the Court for an order under Federal Rules of Civil Procedure 37(a)(1) ordering that the Plaintiffs produce for deposition and provide the complete files of its experts Valerie Folkes and John Plumpe, and that the Court award attorney's fees for the bringing of this motion.

Dated:   July 19, 2022.

            QUARLES & BRADY LLP

            By: /s/ *Kevin M. Long*
              Kevin M. Long
              Wisconsin State Bar.  111018128
              411 E. Wisconsin Ave., Suite 2400
              Milwaukee, WI  53202
              414-277-5163 Telephone
              414-978-8963 Facsimile
              kevin.long@quarles.com

            By:/s/ *Joseph Kohn*
              Joseph Kohn
              Florida Bar No. 113869
              1395 Panther Lane, Suite 300
              Naples, FL 34109
              239-434-4946 Telephone
              239-213-5599 Facsimile
              joseph.kohn@quarles.com

            *Counsel for Defendants*

/

## CERTIFICATE OF CONFERRAL

Pursuant to local rule 7.1(a)(3), Defendants' counsel certifies that they have conferred in good faith with Plaintiffs' counsel in this matter but have been unable to resolve the issues addressed in this motion. As part of their efforts, Defendants' counsel conferred with Plaintiffs' counsel by telephone on July 12, 2022 and via email on July 13,14,15 and 18 2022.

Dated:   July 19, 2022.

QUARLES & BRADY LLP

By: /s/ *Kevin M. Long*
Kevin M. Long
Wisconsin State Bar.  111018128
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI  53202
414-277-5163 Telephone
414-978-8963 Facsimile
kevin.long@quarles.com

By:/s/ *Joseph Kohn*
Joseph Kohn
Florida Bar No. 113869
1395 Panther Lane, Suite 300
Naples, FL 34109
239-434-4946 Telephone
239-213-5599 Facsimile
joseph.kohn@quarles.com

*Counsel for Defendants*