UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1-21-cv-60914- WPD/Hunt

UMG Recordings, Inc; Capital Records, LLC:
Universal Music Corp.: Universal Music - Z
Tunes, LLC; Universal Musica, Inc.; PolyGram
Publishing, Inc.; Song of Universal, Inc.; and
Universal Music - MGB NA LLC,

      Plaintiffs,

v.

Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy;
and Jack Owoc, an individual,

      Defendants.

_____

### SUPPLEMENTAL DECLARATION OF SHAUNA D. MANION
### IN RESPONSE TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS

I, Shauna D. Manion, declare as follows:

  1. I am counsel of record for the Defendants, Vital Pharmaceuticals, Inc. d/b/a Bang Energy and Jack Owoc ("Defendants") in this matter and make this declaration upon personal knowledge being duly authorized to do so.

  2. On August 5, 2022, counsel for Defendants produced to Plaintiffs videos and screenshot video analysis reflecting viewer interactions and the total number of views per video for the following 38 posts identified in Exhibit 1 to Plaintiffs' Reply in Support of Motion for Spoliation Sanctions:

| Lil Nas X | HOLIDAY | https://www.tiktok.com/@bangenergy/video/6902570821777116422<br>https://www.tiktok.com/@bangenergy/video/6909492784038776070 |
|---|---|---|
| 24KGoldn | Mood | https://www.tiktok.com/@bangenergy/video/6862802767883373830 |

QB\75233603.1

| | | |
|---|---|---|
| 24KGoldn | Mood | https://www.tiktok.com/@redline.energy/video/6862116023722675462 |
| Becky G | Shower | https://www.tiktok.com/@redline.energy/video/6900174910610525446 |
| Becky G | Shower | https://www.tiktok.com/@bangenergy/video/6905021147243416838 |
| Becky G | Shower | https://www.tiktok.com/@stoked.beverage/video/6878347720684326149 |
| Becky G | Shower | https://www.tiktok.com/@stoked.beverage/video/6897350741577534725 |
| Becky G | Shower | https://www.tiktok.com/@redline.energy/video/6916876693772848389 |
| Beyoncé | Check On It | https://www.tiktok.com/@bangenergy/video/6820867052039867654 |
| Chris Brown & Young Thug | Go Crazy | https://www.tiktok.com/@stoked.beverage/video/6853168187748470022 |
| Chris Brown & Young Thug | Go Crazy | https://www.tiktok.com/@stoked.beverage/video/6927639311051476229 |
| Chris Brown X Tyga; | Ayo | https://www.youtube.com/watch?v=CR8_sjVE1CE |
| Ciara | Get Up | https://www.tiktok.com/@redline.energy/video/6864623880355597573 |
| Earth, Wind & Fire | September | https://www.tiktok.com/@stoked.beverage/video/6876527962498321670 |
| Gloria Estefan | Conga | https://www.tiktok.com/@stoked.beverage/video/6877611547837992198 |
| Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | https://www.tiktok.com/@bangenergy/video/6843193250916961541 |
| Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | https://www.tiktok.com/@bangenergy/video/6896232374057585925 |
| Labrinth | Still Don't Know My Name | https://www.tiktok.com/@bangenergy/video/6890672362287631622 |
| Lil Mama | Lip Gloss | https://www.tiktok.com/@bangenergy/video/6773414637330304262 |
| Lil Nas X | Holiday | https://www.tiktok.com/@bangenergy/video/6902570821777116422 |
| Lil Nas X | Holiday | https://www.tiktok.com/@bangenergy/video/6909492784038776070 |
| Lil Nas X | Holiday | https://www.tiktok.com/@bangenergy/video/6920255216004680965 |
| Lil Nas X ft. Billy Ray Cyrus | Rodeo (Remix) | https://www.tiktok.com/@bangenergy/video/6855052023281306886 |

2

QB\75233603.1

| Artist | Song | URL |
|---|---|---|
| Mariah Carey | All I Want For Christmas Is You | https://www.tiktok.com/@redline.energy/video/6909850538515516677 |
| Mariah Carey ft. ODB | Fantasy (Remix) | https://www.tiktok.com/@bangenergy/video/6809314233365384453 |
| Mariah Carey ft. ODB | Fantasy (Remix) | https://www.tiktok.com/@bangenergy/video/6810462913829014789 |
| Paul Anka | Put Your Head On My Shoulder | https://www.tiktok.com/@noofuzion/video/6937324497049554182?lang=en&is_copy_url=0&_is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |
| Rosalia & Travis Scott | TKN | https://www.tiktok.com/@bangenergy/video/6859548722548804869 |
| Rosalia & Travis Scott | TKN | https://www.tiktok.com/@redline.energy/video/6855087969146064134 |
| Rosalia & Travis Scott | TKN | https://www.tiktok.com/@stoked.beverage/video/6892810223854062853 |
| RUN DMC | It's Tricky | https://www.tiktok.com/@redline.energy/video/6914281739246472454 |
| Run-DMC | It's Tricky | https://www.tiktok.com/@bangenergy/video/6937414939082542341?lang=en&is_copy_url=0&is_fro m_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |
| Run-DMC | It's Tricky | https://www.tiktok.com/@bangenergy/video/6935551046706089222?lang=en&is_copy_url=0&is_fro m_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |
| Run-DMC | It's Tricky | https://www.tiktok.com/@bangenergy/video/6913383703104343302 |
| SAINt JHN | Roses (Imanbek Remix) | https://www.tiktok.com/@bangenergy/video/6826548117479935238 |
| SAINt JHN | Roses (Imanbek Remix) | https://www.tiktok.com/@bangenergy/video/6828004767844044038 |
| Yo Gotti ft. Lil Uzi Vert | Pose | https://www.tiktok.com/@noofuzion/video/6933217763880144133 |
| Zara Larsson | I Would Like (Gorgon City Remix) | https://www.tiktok.com/@bangenergy/video/6917302688673697029 |

3.	For these 38 videos, the screenshot video analysis shows 16 videos have under 1,500 views, and only 2 videos have more than 100,000 views (one 150,200 views, and another 110,100 views).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Milwaukee, Wisconsin.

Dated: August 8, 2022

                                                        */s/ Shauna D. Manion*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2022, the foregoing document was electronically served upon all counsel of record.

/s/ Shauna D. Manion