**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:21-cv-60914-Dimitrouleas/Hunt

UMG Recordings, Inc.; Capitol Records, LLC;
Universal Music Corp.; Universal Music – Z
Tunes LLC; Universal Musica, Inc.; PolyGram
Publishing, Inc.; Songs of Universal, Inc.; and
Universal Music - MGB NA LLC,

      Plaintiffs,

v.

Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy,
and Jack Owoc, an individual,

      Defendants.
_____/

**Defendants' Proposed Special Verdict Form**

The Defendants, Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy, and Jack Owoc, an individual, by their undersigned counsel, hereby proposed that the following Special Verdict Form be provided to and used by the jury in this case to render its verdict:

**Special Verdict Form**

We the jury unanimously decide on the following verdict:

**Country of First Publication**

    1.    Did the first publication of the musical composition for "Glitter" by Benee occur outside the United States? (circle one)

        Yes       No

    2.    Did the first publication of the musical composition for "Lose Control" by Meduza occur outside the United States? (circle one)

        Yes       No

3. Did the first publication of the sound recording for "Lose Control" by Meduza occur outside the United States? (circle one)

    Yes    No

4. Did the first publication of the musical composition for "How You Like That" by Blackpink occur outside the United States? (circle one)

    Yes    No

5. Did the first publication of the sound recording for "How You Like That" by Blackpink occur outside the United States? (circle one)

    Yes    No

**Vicarious Infringement**

6. Did VPX directly profit from the infringement of Young Park (*p/k/a* Q Park)? (circle one)

    Yes    No

7. Did VPX directly profit from the infringement of Gil Croes? (circle one)

    Yes    No

**Actual Damages**

8. Do you find to a reasonable probability that UMG Recordings, Inc. suffered a loss because of infringement by VPX? (circle one)

    Yes    No

If you answer "No" skip question 9 and go to question 10.

9. What amount of money do you determine is adequate to compensate UMG Recordings, Inc. for the actual damages caused by VPX?

$_____

10. Do you find to a reasonable probability that UMG Recordings, Inc. suffered a loss because of infringement by Jack Owoc? (circle one)

     Yes     No

If you answer "No" skip question 11 and go to question 12.

11. What amount of money do you determine is adequate to compensate UMG Recordings, Inc. for the actual damages caused by Jack Owoc?

$_____

12. Do you find to a reasonable probability that Capitol Records, LLC. suffered a loss because of infringement by VPX? (circle one)

     Yes     No

If you answer "No" skip question 13 and go to question 14.

13. What amount of money do you determine is adequate to compensate Capitol Records, LLC for the actual damages caused by VPX?

$_____

14. Do you find to a reasonable probability that Capitol Records, LLC suffered a loss because of infringement by Jack Owoc? (circle one)

     Yes     No

If you answer "No" skip question 15 and go to question 16.

15. What amount of money do you determine is adequate to compensate Capitol Records, LLC for the actual damages caused by Jack Owoc?

$_____

16. Do you find to a reasonable probability that Universal Music Corp. suffered a loss because of infringement by VPX? (circle one)

      Yes      No

If you answer "No" skip question 17 and go to question 18.

17. What amount of money do you determine is adequate to compensate Universal Music Corp. for the actual damages caused by VPX?

$_____

18. Do you find to a reasonable probability that Universal Music Group suffered a loss because of infringement by Jack Owoc? (circle one)

      Yes      No

If you answer "No" skip question 19 and go to question 20.

19. What amount of money do you determine is adequate to compensate Universal Music Corp. for the actual damages caused by Jack Owoc?

$_____

20. Do you find to a reasonable probability that Universal Music - Z Tunes, LLC suffered a loss because of infringement by VPX? (circle one)

      Yes      No

If you answer "No" skip question 21 and go to question 22.

21. What amount of money do you determine is adequate to compensate Universal Music - Z Tunes, LLC for the actual damages caused by VPX?

$_____

22. Do you find to a reasonable probability that Universal Music - Z Tunes, LLC suffered a loss because of infringement by Jack Owoc? (circle one)

  Yes  No

If you answer "No" skip question 23 and go to question 24.

23. What amount of money do you determine is adequate to compensate Universal Music - Z Tunes, LLC for the actual damages caused by Jack Owoc?

$_____

24. Do you find to a reasonable probability that Universal Musica, Inc. suffered a loss because of infringement by VPX? (circle one)

  Yes  No

If you answer "No" skip question 25 and go to question 26.

25. What amount of money do you determine is adequate to compensate Universal Musica, Inc. for the actual damages caused by VPX?

$_____

26. Do you find to a reasonable probability that Universal Musica, Inc. suffered a loss because of infringement by Jack Owoc? (circle one)

  Yes  No

If you answer "No" skip question 27 and go to question 28.

27. What amount of money do you determine is adequate to compensate Universal Musica, Inc. for the actual damages caused by Jack Owoc?

$_____

28. Do you find to a reasonable probability that Polygram Publishing, Inc.. suffered a loss because of infringement by VPX? (circle one)

    Yes    No

If you answer "No" skip question 29 and go to question 30.

29. What amount of money do you determine is adequate to compensate Polygram Publishing, Inc. for the actual damages caused by VPX?

$_____

30. Do you find to a reasonable probability that Polygram Publishing, Inc. suffered a loss because of infringement by Jack Owoc? (circle one)

    Yes    No

If you answer "No" skip question 31 and go to question 32.

31. What amount of money do you determine is adequate to compensate Polygram Publishing, Inc.. for the actual damages causes by Jack Owoc?

$_____

32. Do you find to a reasonable probability that Songs of Universal, Inc. suffered a loss because of infringement by VPX? (circle one)

    Yes    No

If you answer "No" skip question 33 and go to question 34.

33. What amount of money do you determine is adequate to compensate Songs of Universal, Inc for the actual damages caused by VPX?

$_____

34.     Do you find to a reasonable probability that Songs of Universal, Inc. suffered a loss because of infringement by Jack Owoc? (circle one)

　　　　Yes　　　　No

If you answer "No" skip question 35 and go to question 36.

35.     What amount of money do you determine is adequate to compensate Songs of Universal, Inc. for the actual damages caused by Jack Owoc?

$_____

36.     Do you find to a reasonable probability that Universal Music - MGB NA LLC suffered a loss because of infringement by VPX? (circle one)

　　　　Yes　　　　No

If you answer "No" skip question 37 and go to question 38.

37.     What amount of money do you determine is adequate to compensate Universal Music - MGB NA LLC for the actual damages caused by VPX?

$_____

38.     Do you find to a reasonable probability that Universal Music - MGB NA LLC suffered a loss because of infringement by Jack Owoc? (circle one)

　　　　Yes　　　　No

If you answer "No" skip question 39 and go to question 40.

39.     What amount of money do you determine is adequate to compensate Universal Music - MGB NA LLC for the actual damages causes by Jack Owoc?

$_____

40. Did Plaintiffs provide proof of Defendants' gross revenues that were causally related to the copyright infringement? (circle one)

        Answer Yes or No      _____

If you answered "Yes," please go to the next question. If you answered "No," please go to Question 45.

41. What amount of deductible expenses, if any, have Defendants proven was incurred in making the gross revenue above?

        Vital Pharmaceuticals, Inc.  $_____

        Jack Owoc                 $_____

42. What portion of Defendants' profits, if any, have Defendants proven is attributable to factors other than infringement?

        Vital Pharmaceuticals, Inc.  $_____

        Jack Owoc                 $_____

43. What are Defendants' profits attributable to the infringement that were not already taken into account in calculating Plaintiffs' actual damages?

        Vital Pharmaceuticals, Inc.  $_____

        Jack Owoc                 $_____

44. How do you allocate the Defendants' profits attributable to the infringement that were not already taken into account in calculating each Plaintiff's actual damages, among the following plaintiffs:

| Plaintiff | Vital Pharmaceuticals, Inc Profits attributable to infringement but not already taken into account in Plaintiff's damages. | Jack Owoc Profits attributable to infringement but not already taken into account in Plaintiff's damages |
| --- | --- | --- |

| | | |
|---|---|---|
| UMG Recordings, Inc. | | |
| Capitol Records, LLC | | |
| Universal Music Corp. | | |
| Universal Music - Z Tunes, LLC | | |
| Universal Musica, Inc. | | |
| PolyGram Publishing, Inc. | | |
| Songs of Universal, Inc. | | |
| Universal Music - MGB NA LLC | | |
| | 100% | 100% |

**Statutory Damages**

45. Do you find that Defendants' copyright infringement was willful or done with reckless disregard to the rights of a copyright owner? (Please check only one of the following)

Yes, all infringements were willful or done with reckless disregard: _____

Yes, some infringements were willful or done with reckless disregard: _____

No: _____

If you answered "Yes, some infringements were willful or done with reckless disregard," please identify those infringements in Table B.

46. Please indicate in the amount of statutory damages that you award to Plaintiffs for Defendants' infringement. The amount awarded must be between $750 and $30,000 for each copyrighted work, unless you find that Defendants' infringement of that work was willful or done with reckless disregard to the rights of a copyright owner. In that case, the amount awarded may be increased above $30,000 , but not exceed $150,000 for each copyrighted work. If you find a Defendant was not aware and had no reason to believe that his or her acts constituted an

infringement of copyright, the court in its discretion may reduce the award of statutory damages to a sum of not less than $200 per work.

| Plaintiff | Statutory Damages -Vital Pharmaceuticals | Statutory Damages - Jack Owoc. |
|---|---|---|
| UMG Recordings, Inc. | | |
| Capitol Records, LLC | | |
| Universal Music Corp. | | |
| Universal Music - Z Tunes, LLC | | |
| Universal Musica, Inc. | | |
| PolyGram Publishing, Inc. | | |
| Songs of Universal, Inc. | | |
| Universal Music - MGB NA LLC | | |

Dated: August 8, 2022.

Respectfully submitted,

**QUARLES & BRADY LLP**
1395 Panther Lane, Suite 300
Naples, Florida  34109
(239) 434-4946 Telephone
(239) 213-5599 Facsimile

By: /s/ *Joseph T. Kohn*
Joseph T. Kohn, Florida Bar No. 113869
Kevin M. Long, *pro hac vice*
Johanna M. Wilbert, *pro hac vice*
Joel E. Tragesser, *pro hac vice*
Shauna D. Manion, *pro hac vice*
Peter P. Klepacz, *pro hac vice*
joseph.kohn@quarles.com
kevin.long@quarles.com
johanna.wilbert@quarles.com
joel.tragesser@quarles.com
shauna.manion@quarles.com
peter.klepacz@quarles.com

*Counsel for Defendants*

QB\75247895.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2022, I caused to be electronically filed foregoing with the Clerk of the Court by using CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Joseph T. Kohn*

Joseph T. Kohn

QB\75247895.1