UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW

UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music – MGB NA LLC,

    Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang Energy; and Jack Owoc, an individual,

    Defendants.
_____

### ORDER REFERRING DEFENDANTS' REQUEST FOR CLARIFICATION OF MAGISTRATE JUDGE'S ORDER ON SANCTIONS TO MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Defendants' Objection to, Appeal from, and Request for Clarification of Magistrate Judge's Order on Sanctions [DE 268]. The Court has carefully considered this filing and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' request for clarification of Magistrate Judge's Order on Sanctions is hereby **REFERRED** to Magistrate Judge Hunt pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida.

2. Judge Hunt may order separate briefing on an expedited basis on this issue from the parties.

3. This Court will defer ruling on Defendants' objection to and appeal from the Magistrate Judge's Order on Sanctions until after the request for clarification has

1

been adjudicated by Magistrate Judge Hunt.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record