UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-60914-Dimitrouleas/Hunt

UMG Recordings, Inc.; Capitol Records, LLC;
Universal Music Corp.; Universal Music – Z
Tunes LLC; Universal Musica, Inc.; PolyGram
Publishing, Inc.; Songs of Universal, Inc.; and
Universal Music - MGB NA LLC,

        Plaintiffs,

v.

Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy,
and Jack Owoc, an individual,

        Defendants.

_____/

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority in further support of Magistrate Judge Hunt's Report and Recommendation (the "Report") (D.E. 261). On August 23, 2022, Defendants objected to the Report to the extent that it imposed, as a spoliation sanction, an adverse inference regarding Defendants' copying of some of Plaintiffs' copyrighted musical works. (*See* D.E. 268). On September 6, 2022, Plaintiffs filed a response to Defendants' objection. (*See* D.E. 272). Thereafter, on September 13, 2022, Magistrate Judge Becerra entered an Order in the parallel proceeding initiated by Sony Music Entertainment against Defendants "find[ing] that an adverse inference regarding copying is appropriate, and adopt[ing] the same inference provided by Judge Hunt." *See Sony Music Entertainment et al. v. Vital Pharm., Inc. et al.*, 1:21-cv-22825-WPD (S.D. Fla. Sept. 13, 2022) (D.E. 214 at 8).[1] Plaintiffs respectfully submit that Judge Becerra's Order provides further support for approving the Report.

---

[1] For convenience, a copy of Judge Becerra' Order is attached as **Exhibit 1**.

Page | 1

Dated:  September 16, 2022

Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile:  (786) 582-3004

*s/ James G. Sammataro*
James G. Sammataro
Florida Bar No. 520292
Brendan S. Everman
Florida Bar No. 68702
Tyler J. Rauh
Florida Bar No. 1023404
jsammataro@pryorcashman.com
beverman@pryorcashman.com
trauh@pryorcashman.com
ksuarez@pryorcashman.com
*Attorneys for Plaintiffs*