## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music - MGB NA LLC, | Case No.: 0:21-cv-60914 WPD |
| Plaintiff, | |
| v. | |
| Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy; and Jack Owoc, an individual, | |
| Defendants._____/ | |

## SUGGESTION OF BANKRUPTCY

Defendant, Vital Pharmaceuticals, Inc., by and through undersigned counsel, would show unto this Court as follows:

1. On October 10, 2022 (the "Petition Date"), Vital Pharmaceuticals, Inc. (the "Debtor") filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, under Case No. 22-17842-PDR.

2. By virtue of the bankruptcy filing, all of the Debtor's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

3. Pursuant to § 362 of Title 11 of the United States Code, an automatic stay is in effect which enjoins, *inter alia,* continued prosecution of the above captioned case against the Debtor, including collection of any pre-existing judgment.

4. The bankruptcy proceeding has not been dismissed.

5. The filing of this Suggestion of Bankruptcy is not intended to be a general appearance in this action for the Defendant.

QB\76214563.1

**DATED** this 11th day of October, 2022.

QUARLES & BRADY LLP

By: /s/ *Joseph T. Kohn*
    Joseph T. Kohn
    Florida Bar No. 113869
    1395 Panther Lane, Suite 300
    Naples, FL  34109
    239-434-4946 Telephone
    239-213-5599 Facsimile
    joseph.kohn@quarles.com
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Joseph T. Kohn*
Joseph T. Kohn

QB\76214563.1