UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60914-CIV-DIMITROULEAS/SNOW

UMG Recordings, Inc.; Capitol Records, LLC; Universal Music Corp.; Universal Music – Z Tunes LLC; Universal Musica, Inc.; PolyGram Publishing, Inc.; Songs of Universal, Inc.; and Universal Music – MGB NA LLC,

    Plaintiffs,

v.

Vital Pharmaceuticals, Inc., *d/b/a* Bang Energy; and Jack Owoc, an individual,

    Defendants.

_____

## ORDER

THIS CAUSE is before the Court upon the Suggestion of Bankruptcy [DE 285], filed herein on October 11, 2022. The Notice states that Defendant Vital Pharmaceuticals, Inc. has filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Florida.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **STAYED**;

2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions; and

3. Defendant Vital Pharmaceuticals, Inc. shall file a status report as to the status of the bankruptcy proceedings on December 12, 2022, and every sixty (60) days thereafter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of October, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record