UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-60914-Dimitrouleas

UMG Recordings, Inc.; Capitol Records, LLC;
Universal Music Corp.; Universal Music – Z
Tunes LLC; Universal Musica, Inc.; PolyGram
Publishing, Inc.; Songs of Universal, Inc.; and
Universal Music - MGB NA LLC,

        Plaintiffs,

v.

Vital Pharmaceuticals, Inc. d/b/a Bang Energy,
and Jack Owoc, an individual,

        Defendants.
_____/

## ORDER DEFERRING RULING ON MOTION TO WITHDRAW AS COUNSEL

    THIS CAUSE is before the Court upon Defendant Vital Pharmaceuticals, Inc. d/b/a Bang Energy ("Bang Energy")'s Counsel's Local Rule 11.1(d)(3)(A) Motion to Withdraw as Counsel [DE 302] (the "Motion"), filed by Joseph T. Kohn, Esq., Johanna M. Wilbert, Esq., Kevin M. Long, Esq., Peter P. Klepacz, Esq., Shuana D. Manon, Esq., Joel E. Tragesser, and the law firm of Quarles & Brady LLP (collectively, "Counsel") on December 15, 2023. The Court has carefully considered the Motion [DE 263] and is otherwise fully advised in the premises.

    The Court will defer ruling on the Motion [DE 302] until Defendant Bang Energy has had an opportunity to file any objection to the Motion. A failure to timely file an objection will result in the granting of the Motion.

The Court notes that if the Motion is granted, Defendant Bang Energy will be required to obtain new counsel to file an appearance in the record. It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court will defer ruling on the Motion [DE 302] until **December 29, 2023**; and
2. On or before **December 22, 2023**, Defendant Bang Energy's Counsel is required to (1) provide a copy of this Order to Defendant Bang Energy; and (2) file notice with the Court of doing so and state the manner in which the Order was provided to Defendant Bang Energy.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 18th day of December, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record